**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-05743/26783290

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Manuel F. Henriquez and Sandra E. Henriquez<br>       Debtors.<br>_____<br>JPMorgan Chase Bank, N.A.<br>       Movant,<br>  vs.<br><br>Manuel F. Henriquez and Sandra E. Henriquez,<br>Debtors; Russell A. Brown, Trustee.<br><br>       Respondents. | No. 2:08-bk-02183-GBN<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 64) |

      This matter having come before the Court for a Preliminary Hearing on October 19, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Mark Wesbrooks, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated August 27, 2007, and recorded on September 4,

2007, in the office of the Maricopa County Recorder at 20070985757 wherein JPMorgan Chase Bank, N.A. is the current beneficiary and Manuel F. Henriquez and Sandra E. Henriquez have an interest in, further described as:

Lot 59, a subdivision recorded in Book 225 of Maps, page 15, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this \_\_\_ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT